IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION 07-00327-KD** |
| | ) | |
| **BOBBY LAW, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Court has received a letter from A. F. Beeler, Complex Warden of the Federal Bureau of Prisons/Federal Medical Center, Butner, North Carolina, dated December 10, 2008, along with a Forensic Evaluation on defendant, prepared by the staff psychologist/psychiatrists who opine that the defendant "is suffering from a mental disease or defect rendering him unable to assist properly in his own defense." However, the examiners believe that the defendant's competency may be restored and are requesting an additional commitment period of 120 days.[1]

A competency hearing is hereby scheduled before the undersigned United States District Judge on **Tuesday, December 16, 2008 at 2:30 p.m. in Courtroom 5-A of the United States Courthouse, 113 St. Joseph Street, Mobile, Alabama 36602.**

**DONE** and **ORDERED** this the 12th day of December 2008.

/s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Because of the risk of disruption of his ongoing treatment, counsel for defendant has indicated that she will waive defendant's presence at this hearing. The government concurs in this decision.